ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Analytic Services Inc. | ) ASBCA No. 60147 |
| | ) |
| Under Contract No. GS-10F-0026J | ) |
|   Task Order No. T0602BN0679 | ) |

APPEARANCE FOR THE APPELLANT:        Daniel V. Wright, Esq.
                                                  VP, Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:    Lt Col Matthew J. Mulbarger, USAF
                                                  Air Force Chief Trial Attorney
                                                  Joel B. Lofgren, Esq.
                                                    Trial Attorney

## ORDER OF DISMISSAL

The government has filed a motion to dismiss this appeal, contending that there is no evidence that appellant filed a claim with an Air Force contracting officer and that this Board lacks jurisdiction to adjudicate this matter under the Contract Disputes Act or the Board's Charter. Appellant states that it joins the government's motion and requests that any dismissal be without prejudice to permit the contractor to submit a claim to an Air Force contracting officer. Accordingly, this appeal is dismissed without prejudice.

Dated: 24 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60147, Appeal of Analytic Services Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals